
# United States District Court

__SOUTHERN__    DISTRICT OF    __TEXAS__

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Manuel ZEPEDA-Torres**

AKA:
IAE    YOB: 1984
**Mexico**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-19-0927-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 29, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On March 29, 2019, Manuel ZEPEDA-Torres a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on April 2, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the fourth (4th) time on April 12, 2017 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about the year of 2018 by wading the Rio Grande River at or near an unknown place. On February 12, 2014, the defendant was convicted of 8 USC 1325 alien who has entered the United States illegally and sentenced to one hundred and fifty (150) days to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint approved by AUSA _A.Di Piazza_
Approved by S.DIPIAZZA 4/25/19 @ 8:24 am

**Signature of Complainant**
**Alfonso Lemming    Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

April 25, 2019  8:36 a.m.
Date

at  **McAllen, Texas**
City and State

**Juan F. Alanis    U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer